# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BROWN, | ) Case No.: 1:13-cv-00915-BAM |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO PAY |
| v. | ) $400.00 FILING FEE IN FULL OR FILE AN |
| J. DAVIS, et al., | ) APPLICATION TO PROCEED IN FORMA |
| Defendants. | ) PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 17, 2013.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 12, 2013**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1